UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT ALLEN SKINNER,

    Plaintiff,

v.                                                                                         4:22cv249–WS/MAF

STATE OF FLORIDA,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed July 19, 2022. The magistrate judge recommends that this case be dismissed as frivolous and for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED with prejudice as frivolous and for failure to state a claim.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed with prejudice."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE AND ORDERED this ___22nd___ day of ___August___, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE